UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. MONTES, a single person,<br>      Plaintiff,<br>      v.<br>STATE FARM FIRE & CASUALTY COMPANY, a foreign corporation,<br>      Defendant. | No. 4:16-cv-05049-SAB<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL AND CLOSING CASE** |

Before the Court is the parties' Stipulation and Joint Motion to Dismiss, ECF No. 12. The parties stipulate that all claims in this action are fully settled, and that the case should be dismissed with prejudice and without an award of attorneys' fees or costs. The Court accepts the stipulation and dismisses the case.

//
//
//
//
//
//
//
//

ORDER ENTERING STIPULATION OF DISMISSAL AND CLOSING . . . ^ 1

Accordingly, **IT IS ORDERED:**

1. The parties' joint Stipulation and Motion to Dismiss, ECF No. 12, is **GRANTED** and **ENTERED**.

2. All claims against Defendant State Farm Mutual Automobile Insurance Company are **DISMISSED WITH PREJUDICE**. There is no award of attorneys' fees or costs to either party.

3. All pending motions, including Defendant's Motion to Bifurcate, ECF No. 10, and Plaintiff's Motion to Bifurcate, ECF No. 11, are **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 12th day of October, 2016.



                                        Stanley A. Bastian
                                        United States District Judge

ORDER ENTERING STIPULATION OF DISMISSAL AND CLOSING . . . ^ 2